UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**VORTECH, INC.,** ) Case No.: 6:09-bk-10879-ABB
) **Chapter 11**
**Debtor.** )
_____ )

## ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE AND DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

THIS CASE came before the Court for hearing on May 13, 2010 upon the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 (Docket No.: 69) (hereinafter the "Motion"). The Court, having considered the Motion and the positions of interested parties, finds as stated orally and recorded in open court that it is in the best interest of creditors and this estate that a chapter 11 trustee be appointed. Accordingly, it is

ORDERED:

1. The United States Trustee is directed to appoint a chapter 11 trustee.

2. The clerk is directed to notice a status conference in this case for June 16, 2010 at 10:30 a.m.

DONE AND ORDERED on May 27, 2010.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties (Service by BNC)