UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**VORTECH, INC.,**                )      **Case No.: 6:09-bk-10879-ABB**
                                  )      **Chapter 11**
    **Debtor.**                 )
_____   )

## APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND

Pursuant to the Order of this Court directing the United States Trustee to appoint a chapter 11 trustee (Docket No.: 94) in this case, the United States Trustee for Region 21 appoints the following person as chapter 11 trustee:

> George Mills
> P.O. Box 995
> Gotha, FL 34734-0995
> Telephone No.: (407) 292-5780
> E-mail address:  gem9334@aol.com

The bond of the chapter 11 trustee will not be set at this time as there are currently no funds to be turned over to the chapter 11 trustee.  At such time as the estate comes into possession of funds or other assets, the chapter 11 trustee and the United States Trustee will coordinate on the procurement of an appropriate bond.

This appointment is made on May 28, 2010.

> DONALD F. WALTON
> United States Trustee, Region 21
>
> /s/   Miriam G. Suarez
> Miriam G. Suarez, Trial Attorney
> Florida Bar No.:  756105
> Kenneth C. Meeker
> Assistant United States Trustee
> Ken.Meeker@usdoj.gov
> Department of Justice
> Office of the United States Trustee
> 135 W. Central Blvd., Ste.620
> Orlando, FL 32801
> Telephone No.: 407-648-6301
> Facsimile No.:  407-648-6323